# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| LISA ANICK ST. JEAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL NO. 2007-102 |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND MARIA ARAN, DISTRICT DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES PUERTO RICO, U.S. IMMIGRATION CUSTOMS ENFORCEMENT ST. CROIX DISTRICT, ATTORNEY GENERAL, ALBERTO GONZALEZ | ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

## **ORDER**

FINCH, J.

THIS MATTER comes before the Court on a Motion for a Continuance of the evidentiary hearing scheduled for May 7, 2008 filed by Petitioner Lisa Anick St. Jean. After consideration and it appearing to the Court that good cause exists to grant said motion, it is hereby

**ORDERED** that the evidentiary hearing scheduled for May 7, 2008 is continued to June 18, 2008 at 10:00 a.m.

**ENTERED this 6 day of May, 2008.**

                                                        /s/
                                      **HONORABLE RAYMOND L. FINCH**
                                      **U.S. DISTRICT JUDGE**