# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | | |
|---|---|---|
| LISA ANICK ST. JEAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL NO. 2007-102 |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

FINCH, J.

    THIS MATTER comes before the Court on a Complaint filed by Petitioner Lisa Anick St. Jean. Respondents filed a Motion to Dismiss the Complaint for Lack of Jurisdiction and Mootness on May 27, 2008. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that Respondents' Motion to Dismiss is **GRANTED**; it is further

    **ORDERED** that Petitioner's Complaint is **DISMISSED.**

    ENTERED this 23rd day of July, 2008.

                                                 /s/
                                 **HONORABLE RAYMOND L. FINCH**
                                 **U.S. DISTRICT JUDGE**